**Henry W. MARTIN, JR., Plaintiff–Appellant,**

v.

**William R. BYARS, Jr., Director; Dr. Moore, Director of Medical Services; Dr. T. Byrne, ACI; Dr. G. Amonitti, LCI; Nurse Derrick, ACI Health Care Authority; Wayne C. McCabe, Warden LCI; Lisa Hopolomber, Nurse Practice Lieber Correction Institution; Joseph McFadden, Associate Warden Lieber Correction Institution; Luclnecia Bryant, Mail Room Assistant Lieber Correction Institution; Rose Montee, Business Office Lieber Correction Institution; CPL. T. Simpson, Allendale Correctional Institution; CPL. Melvin Drayton, Allendale Correctional Institution; Elizabeth Holcomb, Nurse Praction Lieber Correction Institution; Star Connelly, Nurse Practice Lieber Correction Institution; Sylna Jones, Mail Room Supervisory Lieber Correction Institution, Defendants–Appellees,**

---

and

Jamie R. Wressey, RN Health Care Authority SC Dept of Corrections; Daniel Murphy, Department of Corrections Division Inspection SCDC; Althea B. Myers, Chief Deputy Office of the Investigation & Enforcement; Chatherine Templeton, Director LLR; Nancy Murphy, Administrative Board of Nursing; David M. Tatarsky, DOC Office of General Counsel; Ann Hallman, DOC Branch Chief Inmate Grievance Branch; Branch Chief, Inmate Grievance Branch; Blake Taylor, DOC Compliance Standard and Inspections; Lesia Kudelka, LLR Communications Director; Mark Dorman, LLR OIE Assistance Deputy Director; Assistance Deputy Director; Mark Sanders, Investigator LLR OIE; John R. Pate, Warden Allendale Correction Institution; Authur A. Jordam, Jr., Associate Warden; McKenndly Newton, Associate Warden Allendale Correction Institution; E. Grimes, Capital Allendale Correction Institution; Dr. Joni Stanford, SC Dept of Correction Physician; L. Newsom, Nurse RN Lieber Correction Institution; Dr. Rowland Crafts, SC Department of Corrections; Gregory S. Line, Director of Claims; Ellen Goodwin, SC State Accident Fund; Russell Rush, SC Department of Corrections; Jim Crosby, SC Department of Corrections; Susan S. Barden, SC Workers Compensation; Virginia Crocker, Judicial Director; Christopher D. Florian, Staff Attorney; DR. Marsha Koller, Director of Health Service; Captain Stanley Clark, Lieber Correction Institution; Sgt. Robert Mincely, Lieber Correction Institution; CPL. Earl Barrett, Lieber Correctional Institution; Major Thierry Nettler, Lieber Correction Institution; Associate Warden Fred R. Thompson; Dagles Westely, III, Kirkland Librarian; Paticira Cook, Classification Case Work; Charlotte Smith, Claims Adjuster; Carolyn Tyson, Nurse RN Lieber Correction Institution, Defendants.

No. 13–7326.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 22, 2013.

Decided: Oct. 25, 2013.

Henry W. Martin, Jr., Appellant Pro Se. Michael Charles Tanner, Michael C. Tanner Law Office, Bamberg, South Carolina, for Appellees.

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry W. Martin, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Martin v. Byars*, No. 6:12–01089–CMC, 2013 WL 3553072 (D.S.C. July 11, 2013). We dispense with oral argument because the facts and legal

contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*